**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  BURKE, JEANNE M.                    §    Case No. 15-08940
                                            §
                                            §
                                            §
                    Debtor(s)               §

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/13/2015. The undersigned trustee was appointed on 03/13/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $          6,800.00

           Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of        1    $ | 6,759.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 07/23/2015 and the deadline for filing governmental claims was 09/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,327.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,327.73, for a total compensation of $1,327.73[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2015          By: /s/ Richard M. Fogel
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page:        3

Case No.:    15-08940

Case Name:    BURKE, JEANNE M.

For Period Ending:    09/10/2015

Trustee Name:    (330720) Richard M. Fogel

Date Filed (f) or Converted (c):   03/13/2015 (f)

§ 341(a) Meeting Date:   04/21/2015

Claims Bar Date:   07/23/2015

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1* 10925 Jillian Court Orland Park, IL 60467 (See Footnote) | 600,000.00 | 0.00 | | 0.00 | FA |
| 2* Chase - Checking (See Footnote) | 20.00 | 0.00 | | 0.00 | FA |
| 3* Security Deposit (See Footnote) | 2,150.00 | 0.00 | | 0.00 | FA |
| 4* Miscellaneous Household Goods (See Footnote) | 750.00 | 0.00 | | 0.00 | FA |
| 5* Everyday Apparel (See Footnote) | 750.00 | 0.00 | | 0.00 | FA |
| 6* Miscellaneous Jewelry (See Footnote) | 300.00 | 0.00 | | 0.00 | FA |
| 7* IRA (See Footnote) | 56,000.00 | 0.00 | | 0.00 | FA |
| 8* Jim Burke - $760.00 Monthly (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9* Anticipated 2014 Tax Refund (u) (See Footnote) | 2,706.00 | 0.00 | | 0.00 | FA |
| 10* 2014 Ford Explorer XLT - 27,000 Miles Lease (See Footnote) | 27,600.00 | 0.00 | | 0.00 | FA |
| 11* Ranger Fishing Boat (See Footnote) | 5,000.00 | 0.00 | | 0.00 | FA |
| 12 Insurance Claim - Stolen Wedding Ring | 10,500.00 | 6,800.00 | | 6,800.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:   4

Case No.:   15-08940

Case Name:   BURKE, JEANNE M.

For Period Ending:   09/10/2015

Trustee Name:   (330720) Richard M. Fogel

Date Filed (f) or Converted (c):   03/13/2015 (f)

§ 341(a) Meeting Date:   04/21/2015

Claims Bar Date:   07/23/2015

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Assets | Totals   (Excluding unknown values) | $705,776.00 | $6,800.00 | | $6,800.00 | $0.00 |

RE PROP# 1    Inconsequential value - fully encumbered

RE PROP# 2    Exempt personal property

RE PROP# 3    Inconsequential value - subject to landlord setoff

RE PROP# 4    Exempt personal property

RE PROP# 5    Exempt personal property

RE PROP# 6    Exempt personal property

RE PROP# 7    Exempt personal property

RE PROP# 8    Exempt personal property

RE PROP# 9    Exempt personal property

RE PROP# 10    Inconsequential value - debtor has leasehold interest

RE PROP# 11    Inconsequential value - fully encumbered

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        5

| | |
|---|---|
| **Case No.:**   15-08940 | **Trustee Name:**     (330720) Richard M. Fogel |
| **Case Name:**   BURKE, JEANNE M. | **Date Filed (f) or Converted (c):**   03/13/2015 (f) |
| | **§ 341(a) Meeting Date:**   04/21/2015 |
| **For Period Ending:**   09/10/2015 | **Claims Bar Date:**   07/23/2015 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        06/30/2016          **Current Projected Date Of Final Report (TFR):**        06/30/2016

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-08940 | |
| **Case Name:** | BURKE, JEANNE M. | |
| **Taxpayer ID #:** | **-***8651 | |
| **For Period Ending:** | 09/10/2015 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/2015 | {12} | JEANNE E. BURKE | Non-exempt portion of insurance settlement | 1149-000 | 6,800.00 | | 6,800.00 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,790.00 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 6,779.59 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.07 | 6,769.52 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,759.52 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **6,800.00** | **40.48** | **$6,759.52** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **6,800.00** | **40.48** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,800.00** | **$40.48** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-08940 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | BURKE, JEANNE M. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8651 | **Account #:** | ******5366 - Checking Checking Account |
| **For Period Ending:** | 09/10/2015 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5366 - Checking Checking Account | $6,800.00 | $40.48 | $6,759.52 |
| | **$6,800.00** | **$40.48** | **$6,759.52** |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 15-08940**                                   **JEANNE M. BURKE**

Claims Bar Date: 07/23/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 08/05/15 | | $1,327.73 $1,327.73 | $0.00 | $1,327.73 |
| SURPL US | BURKE, JEANNE M. 15808 SCOTSGLEN ROAD ORLAND PARK, IL 60462 <8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)> , 650 | Unsecured 09/10/15 | | $0.00 $1,022.66 | $0.00 | $1,022.66 |
| 1 | Capital One, N.A. c o Becket and Lee LLP, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/20/15 | | $258.36 $258.36 | $0.00 | $258.36 |
| 1I | Capital One, N.A. c o Becket and Lee LLP, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 09/10/15 | | $0.41 $0.41 | $0.00 | $0.41 |
| 2 | American Express Centurion Bank c o Becket and Lee LLP, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/12/15 | | $2,463.74 $2,463.74 | $0.00 | $2,463.74 |
| 2I | American Express Centurion Bank c o Becket and Lee LLP, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 09/10/15 | | $3.90 $3.90 | $0.00 | $3.90 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/13/15 | | $938.67 $938.67 | $0.00 | $938.67 |
| 3I | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 09/10/15 | | $1.49 $1.49 | $0.00 | $1.49 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Exhibit C**

**Case: 15-08940**                              **JEANNE M. BURKE**

Claims Bar Date: 07/23/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Synchrony Bank c/o Recovery Management Systems Corp, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/16/15 | | $176.21 $176.21 | $0.00 | $176.21 |
| 4I | Synchrony Bank c/o Recovery Management Systems Corp, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 09/10/15 | | $0.28 $0.28 | $0.00 | $0.28 |
| 5 | Nordstrom Fsb c o Jefferson Capital Systems LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/17/15 | | $565.18 $565.18 | $0.00 | $565.18 |
| 5I | Nordstrom Fsb c o Jefferson Capital Systems LLC, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 09/10/15 | | $0.89 $0.89 | $0.00 | $0.89 |
| | | | **Case Total:** | | **$0.00** | **$6,759.52** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-08940
Case Name: JEANNE M. BURKE
Trustee Name: Richard M. Fogel

**Balance on hand:** $ _____ 6,759.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ _____ 0.00
Remaining balance: $ _____ 6,759.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,327.73 | 0.00 | 1,327.73 |

Total to be paid for chapter 7 administrative expenses: $ _____ 1,327.73
Remaining balance: $ _____ 5,431.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ _____ 0.00
Remaining balance: $ _____ 5,431.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

UST Form 101-7-TFR(5/1/2011)

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,431.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,402.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One, N.A. c o Becket and Lee LLP | 258.36 | 0.00 | 258.36 |
| 2 | American Express Centurion Bank c o Becket and Lee LLP | 2,463.74 | 0.00 | 2,463.74 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 938.67 | 0.00 | 938.67 |
| 4 | Synchrony Bank c/o Recovery Management Systems Corp | 176.21 | 0.00 | 176.21 |
| 5 | Nordstrom Fsb c o Jefferson Capital Systems LLC | 565.18 | 0.00 | 565.18 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,402.16 |
| Remaining balance: | $ | 1,029.63 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,029.63 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00

Remaining balance: $         1,029.63

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.25% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.97. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $1,022.66.

**UST Form 101-7-TFR(5/1/2011)**