UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-08940 |
| | ) | |
| Jeanne M. Burke, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on October 27, 2015 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: September 15, 2015          By: /s/ Richard M. Fogel
                                          Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: BURKE, JEANNE M. § Case No. 15-08940
§
§
§
_____Debtor(s)_____

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| The Final Report shows receipts of : | $ 6,800.00 |
| and approved disbursements of: | $ 40.48 |
| leaving a balance on hand of[1]: | $ 6,759.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   6,759.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,327.73 | 0.00 | 1,327.73 |

Total to be paid for chapter 7 administrative expenses:   $   1,327.73
Remaining balance:   $   5,431.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| |
|---|
| None |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $           0.00
Remaining balance:  $       5,431.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $       5,431.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,402.16 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One, N.A. c o Becket and Lee LLP | 258.36 | 0.00 | 258.36 |
| 2 | American Express Centurion Bank c o Becket and Lee LLP | 2,463.74 | 0.00 | 2,463.74 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 938.67 | 0.00 | 938.67 |
| 4 | Synchrony Bank c/o Recovery Management Systems Corp | 176.21 | 0.00 | 176.21 |
| 5 | Nordstrom Fsb c o Jefferson Capital Systems LLC | 565.18 | 0.00 | 565.18 |

UST Form 101-7-NFR (10/1/2010)

Certificate of Notice Page 4 of 7

Total to be paid for timely general unsecured claims: $ 4,402.16
Remaining balance: $ 1,029.63

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1,029.63

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,029.63

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.25% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.97. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $1,022.66.

**UST Form 101-7-NFR (10/1/2010)**

                                                               Prepared by: /s/ Richard M. Fogel
                                                                                Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jeanne M. Burke  
    Debtor

Case No. 15-08940-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: pseamann     Page 1 of 2     Date Rcvd: Sep 16, 2015  
                       Form ID: pdf006     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2015.

```
db              +Jeanne M. Burke,    15808 Scotsglen Road,    Orland Park, IL 60462-2424
23044071        +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
23384961         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23044075       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                  Kansas City, MO 64195)
23306136         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23044073        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23044074        +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
                  Woodbury, MN 55125-1703
23044076         Creditor Discount & Audit Co.,    415 East Main Street,    PO Box 213,    Streator, IL 61364-0213
23044077        +David Standa,    Chapman and Cutler LLP,    111 W. Monroe Street,    Chicago, IL 60603-4080
23044078        +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
23044079        +Envision Payment Solutions,    P.O. Box 157,    Suwanee, GA 30024-0157
23044080         Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
23044081         Experian,    P.O. Box 9701,    Allen, TX 75013-9701
23044083       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    Po Box 6275,
                  Dearborn, MI 48121)
23044082         First Merit Bank,    Attention: Bankruptcy,    Iii Cascade Plaza,    Akron, OH 44308
23044085        +Healthcare Clinic,    1901 E. Voorhees,    Danville, IL 61834-4509
23044086        +James Burke,    10925 Jillian,    Orland Park, IL 60467-4552
23044087        +John McNicholas,    10200 S. Cicero,    Oak Lawn, IL 60453-4087
23044089        +Lakelaw,    420 W. Clayton St.,    Waukegan, IL 60085-4216
23044090        +Loyola University,    P.O. Box 3021,    Milwaukee, WI 53201-3021
23044091        +Marlin C. Hooper PHD,    16325 S. Harlem,    Ste. 200,    Tinley Park, IL 60477-1688
23044093        +Ocwen Loan Servicing,    1750 Regal Row,    Ste N,    Dallas, TX 75235-2289
23044094        +Schiller DuCanto & Fleck,    200 N. LaSalle St.,    30th Floor,    Chicago, IL 60601-1098
23044095        +Silver Cross Hospital,    1900 Silver Cross Blvd,    New Lenox, IL 60451-9509
23044096        +Specialty Physicians of IL,    38132 Eagle Way,    Chicago, IL 60678-1381
23044097        +State Collection Service,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
23044098        +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23044072        +E-mail/Text: clientsupport@afcsonline.com Sep 17 2015 02:00:20
                  American Financial Credit Services,    10333 N. Meridian St.,    Ste. 270,
                  Indianapolis, IN 46290-1144
23044084        +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 11:32:34      Gemb/walmart,    Attn: Bankruptcy,
                  Po Box 103104,    Roswell, GA 30076-9104
23044088        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 17 2015 01:59:59      Kohls/capone,
                  Po Box 3115,    Milwaukee, WI 53201-3115
23044092        +E-mail/Text: bnc@nordstrom.com Sep 17 2015 02:00:00      Nordstrom FSB,
                  Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
23499806        +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2015 02:01:33      Nordstrom Fsb,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999,
                  Orig By: Nordstrom Fsb
23483191        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2015 01:54:04
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23493639         E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2015 11:32:38      Synchrony Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2015                                                Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: pseamann           Page 2 of 2            Date Rcvd: Sep 16, 2015
                              Form ID: pdf006          Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2015 at the address(es) listed below:
              Michael L Sherman    on behalf of Creditor   CAB WEST LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com,   il72@ecfcbis.com
              Thomas W Toolis    on behalf of Debtor Jeanne M. Burke twt@jtlawllc.com,
               lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
                                                                                            TOTAL: 4
```