**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: BURKE, JEANNE M. | § | Case No. 15-08940 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $695,276.00 | Assets Exempt: | $82,226.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,409.13 | Claims Discharged Without Payment: | $31,272.19 |
| Total Expenses of Administration: | $1,368.21 | | |

3) Total gross receipts of $6,800.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,022.66 (see **Exhibit 2**), yielded net receipts of $5,777.34 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $682,099.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,368.05 | $1,368.21 | $1,368.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $35,705.19 | $4,402.16 | $4,409.13 | $4,409.13 |
| **TOTAL DISBURSEMENTS** | $717,804.19 | $5,770.21 | $5,777.34 | $5,777.34 |

4) This case was originally filed under chapter 7 on 03/13/2015.  The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/04/2015              By: /s/ Richard M. Fogel
                                      Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Claim - Stolen Wedding Ring | 1149-000 | $6,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,800.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BURKE, JEANNE M. | Surplus funds returned to debtor; $1,022.66 | 8200-002 | $1,022.66 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,022.66** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Ford Motor Credit Corporation Ford Motor Credit | 4110-000 | $9,981.00 | NA | NA | NA |
| N/F | First Merit Bank | 4110-000 | $89,336.00 | NA | NA | NA |
| N/F | Ocwen Loan Servicing | 4110-000 | $567,656.00 | NA | NA | NA |
| N/F | First Merit Bank | 4110-000 | $15,126.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$682,099.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $1,327.57 | $1,327.73 | $1,327.73 |
| Rabobank, N.A. | 2600-000 | NA | $40.48 | $40.48 | $40.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,368.05** | **$1,368.21** | **$1,368.21** |


**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. c o Becket and Lee LLP | 7100-000 | $258.00 | $258.36 | $258.36 | $258.36 |
| 1I | Capital One, N.A. c o Becket and Lee LLP | 7990-000 | NA | NA | $0.41 | $0.41 |
| 2 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | $2,463.00 | $2,463.74 | $2,463.74 | $2,463.74 |
| 2I | American Express Centurion Bank c o Becket and Lee LLP | 7990-000 | NA | NA | $3.90 | $3.90 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $971.00 | $938.67 | $938.67 | $938.67 |
| 3I | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7990-000 | NA | NA | $1.49 | $1.49 |
| 4 | Synchrony Bank c/o Recovery Management Systems Corp | 7100-000 | $176.00 | $176.21 | $176.21 | $176.21 |
| 4I | Synchrony Bank c/o Recovery Management Systems Corp | 7990-000 | NA | NA | $0.28 | $0.28 |
| 5 | Nordstrom Fsb c o Jefferson Capital Systems LLC | 7100-000 | $565.00 | $565.18 | $565.18 | $565.18 |
| 5I | Nordstrom Fsb c o Jefferson Capital Systems LLC | 7990-000 | NA | NA | $0.89 | $0.89 |
| N/F | Loyola University | 7100-000 | $364.33 | NA | NA | $0.00 |
| N/F | Silver Cross Hospital | 7100-000 | $118.15 | NA | NA | $0.00 |
| N/F | Experian | 7100-000 | $0.00 | NA | NA | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N/F | Equifax Information Services, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Lakelaw | 7100-000 | $250.00 | NA | NA | $0.00 |
| N/F | Loyola University | 7100-000 | $370.58 | NA | NA | $0.00 |
| N/F | Chase Card | 7100-000 | $2,104.00 | NA | NA | $0.00 |
| N/F | State Collection Service | 7100-000 | $102.91 | NA | NA | $0.00 |
| N/F | Creditor Discount & Audit Co. | 7100-000 | $3,481.72 | NA | NA | $0.00 |
| N/F | Schiller DuCanto & Fleck | 7100-000 | $11,460.10 | NA | NA | $0.00 |
| N/F | Chase Card | 7100-000 | $11,831.00 | NA | NA | $0.00 |
| N/F | Check Systems, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Marlin C. Hooper PHD | 7100-000 | $673.31 | NA | NA | $0.00 |
| N/F | American Financial Credit Services | 7100-000 | $93.70 | NA | NA | $0.00 |
| N/F | Dsnb Macys | 7100-000 | $89.00 | NA | NA | $0.00 |
| N/F | TransUnion Consumer Solutions | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Envision Payment Solutions | 7100-000 | $35.00 | NA | NA | $0.00 |
| N/F | Specialty Physicians of IL | 7100-000 | $258.96 | NA | NA | $0.00 |
| N/F | Loyola University | 7100-000 | $39.43 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$35,705.19** | **$4,402.16** | **$4,409.13** | **$4,409.13** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-08940 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | BURKE, JEANNE M. | Date Filed (f) or Converted (c): | 03/13/2015 (f) |
| | | § 341(a) Meeting Date: | 04/21/2015 |
| For Period Ending: | 12/04/2015 | Claims Bar Date: | 07/23/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 10925 Jillian Court Orland Park, IL 60467 (See Footnote) | 600,000.00 | 0.00 | | 0.00 | 1 FA |
| 2* | Chase - Checking (See Footnote) | 20.00 | 0.00 | | 0.00 | FA |
| 3* | Security Deposit (See Footnote) | 2,150.00 | 0.00 | | 0.00 | 3 FA |
| 4* | Miscellaneous Household Goods (See Footnote) | 750.00 | 0.00 | | 0.00 | FA |
| 5* | Everyday Apparel (See Footnote) | 750.00 | 0.00 | | 0.00 | FA |
| 6* | Miscellaneous Jewelry (See Footnote) | 300.00 | 0.00 | | 0.00 | FA |
| 7* | IRA (See Footnote) | 56,000.00 | 0.00 | | 0.00 | FA |
| 8* | Jim Burke - $760.00 Monthly (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9* | Anticipated 2014 Tax Refund (u) (See Footnote) | 2,706.00 | 0.00 | | 0.00 | FA |
| 10* | 2014 Ford Explorer XLT - 27,000 Miles Lease (See Footnote) | 27,600.00 | 0.00 | | 0.00 | FA |
| 11* | Ranger Fishing Boat (See Footnote) | 5,000.00 | 0.00 | | 0.00 | FA |
| 12 | Insurance Claim - Stolen Wedding Ring | 10,500.00 | 6,800.00 | | 6,800.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 15-08940 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | BURKE, JEANNE M. | Date Filed (f) or Converted (c): | 03/13/2015 (f) |
| | | § 341(a) Meeting Date: | 04/21/2015 |
| For Period Ending: | 12/04/2015 | Claims Bar Date: | 07/23/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | **Assets** **Totals** (Excluding unknown values) | **$705,776.00** | **$6,800.00** | | **$6,800.00** | **$0.00** |

| | |
| --- | --- |
| RE PROP# 1 | Inconsequential value - fully encumbered |
| RE PROP# 2 | Exempt personal property |
| RE PROP# 3 | Inconsequential value - subject to landlord setoff |
| RE PROP# 4 | Exempt personal property |
| RE PROP# 5 | Exempt personal property |
| RE PROP# 6 | Exempt personal property |
| RE PROP# 7 | Exempt personal property |
| RE PROP# 8 | Exempt personal property |
| RE PROP# 9 | Exempt personal property |
| RE PROP# 10 | Inconsequential value - debtor has leasehold interest |
| RE PROP# 11 | Inconsequential value - fully encumbered |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| | |
|---|---|
| **Case No.:** 15-08940 | **Trustee Name:** (330720) Richard M. Fogel |
| **Case Name:** BURKE, JEANNE M. | **Date Filed (f) or Converted (c):** 03/13/2015 (f) |
| | **§ 341(a) Meeting Date:** 04/21/2015 |
| **For Period Ending:** 12/04/2015 | **Claims Bar Date:** 07/23/2015 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2016     **Current Projected Date Of Final Report (TFR):** 09/11/2015

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-08940 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | BURKE, JEANNE M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8651 | Account #: | ******5366 Checking Account |
| For Period Ending: | 12/04/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/2015 | {12} | JEANNE E. BURKE | Non-exempt portion of insurance settlement | 1149-000 | 6,800.00 | | 6,800.00 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,790.00 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 6,779.59 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.07 | 6,769.52 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,759.52 |
| 10/27/2015 | 101 | Richard M. Fogel | Dividend paid 100.01% on $1,327.57 \| Claim # FEE \| Filed: $1,327.57 | 2100-000 | | 1,327.73 | 5,431.79 |
| 10/27/2015 | 102 | Capital One, N.A. c o Becket and Lee LLP | Dividend paid 100.16% on $258.36 \| Claim # 1 \| Filed: $258.36 | 7100-000 | | 258.77 | 5,173.02 |
| 10/27/2015 | 103 | American Express Centurion Bank c o Becket and Lee LLP | Dividend paid 100.16% on $2,463.74 \| Claim # 2 \| Filed: $2,463.74 | 7100-000 | | 2,467.64 | 2,705.38 |
| 10/27/2015 | 104 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Dividend paid 100.16% on $938.67 \| Claim # 3 \| Filed: $938.67 | 7100-000 | | 940.16 | 1,765.22 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-08940 | Trustee Name: | Richard M. Fogel (330720) |
| --- | --- | --- | --- |
| Case Name: | BURKE, JEANNE M. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8651 | Account #: | ******5366 Checking Account |
| For Period Ending: | 12/04/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/27/2015 | 105 | Synchrony Bank c/o Recovery Management Systems Corp | Dividend paid 100.16% on $176.21 \| Claim # 4 \| Filed: $176.21 | 7100-000 | | 176.49 | 1,588.73 |
| 10/27/2015 | 106 | Nordstrom Fsb c o Jefferson Capital Systems LLC | Dividend paid 100.16% on $565.18 \| Claim # 5 \| Filed: $565.18 | 7100-000 | | 566.07 | 1,022.66 |
| 10/27/2015 | 107 | BURKE, JEANNE M. | Surplus funds returned to debtor | 8200-002 | | 1,022.66 | 0.00 |
| | | | COLUMN TOTALS | | 6,800.00 | 6,800.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,800.00 | 6,800.00 | |
| | | | Less: Payments to Debtors | | | 1,022.66 | |
| | | | NET Receipts / Disbursements | | $6,800.00 | $5,777.34 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-08940 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | BURKE, JEANNE M. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8651 | **Account #:** | ******5366 Checking Account |
| **For Period Ending:** | 12/04/2015 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5366 Checking Account | $6,800.00 | $5,777.34 | $0.00 |
| | **$6,800.00** | **$5,777.34** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**